IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN L. BALLARD,<br><br>Plaintiff,<br><br>vs.<br><br>SEELLY, Lt; KERR, Sgt; and SIMON, Cpt;<br><br>Defendants. | **8:26CV225**<br><br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Plaintiff's "Motion for Request for Extension of Time" (the "Motion"), Filing No. 8, seeking 60 additional days to comply with this Court's Order granting leave to proceed in forma pauperis ("IFP") and requiring payment of an initial partial filing fee of $0.67, by June 18, 2026,[1] Filing No. 6.

While Plaintiff seeks additional time to pay the initial partial filing fee in the Motion, the Court received a $0.67 initial partial filing fee payment from Plaintiff on June 30, 2026.

IT IS THEREFORE ORDERED: Plaintiff's Motion, Filing No. 8, is denied as moot.


Dated this 8th day of July, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

---

[1] The Motion appears to be untimely as the Motion was postmarked on June 28, 2026, *see* Filing No. 8 at 3, and received by this Court on July 1, 2026, both of which fell after the June 18, 2026, deadline to pay the initial partial filing fee. While Plaintiff attached a certification to the Motion indicating that it was presented for mailing at the institution where he is housed on June 12, 2026, that certificate was filed into another one of Plaintiff's cases, as indicated by the header referencing Case No. "8:25-cv-00225-JFB-PRSE." *Id.* at 2. This is not a valid certificate of service for the Motion at issue in this case. Plaintiff is warned that in the future any previously filed certificates of service utilized in new filings shall be deemed invalid.